1  John Mittelbach (SBN 284088)
   MITTELBACH LAW, APC
2  673 Broadway
   Venice, CA 90291
3  (269)209-6015
   john@conscious-counsel.com
4
   Counsel for Defendant Deep AI, Inc.
5

6

7
                    UNITED STATES DISTRICT COURT
8
         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
9

10
   PATH 42 PTY LTD, d/b/a DAIVID       )  Case No.:
11                                     )
                  Plaintiff,           )  **NOTICE OF WITHDRAWAL OF NOTICE
12                                     )  OF REMOVAL**
        vs.                            )
13                                     )
   DEEP AI, INC.,                      )
14                                     )  (Santa Barbara County Superior Court
                                       )  Case No. 20CV02153)
15                Defendant(s).        )
                                       )
16                                     )
                                       )
17                                     )
                                       )
18                                     )

19

20

21

22

23

24

25

26

27

28

- 1 -
NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL OF CIVIL ACTION

1 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2 PLEASE TAKE NOTICE that, after conferring with Plaintiff's counsel, Defendant Deep AI, Inc. (**"DeepAI"**) hereby withdraws its Notice of Removal filed on July 28, 2020. Counsel appreciates the Court's understanding.

DATED: July 30, 2020

                                               */s/ John Mittelbach*
                                               John Mittelbach
                                               MITTELBACH LAW, APC
                                               Counsel for Defendant Deep AI, Inc.