UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:20-cv-06724-ODW-MAA | Date | August 6, 2020 |
|---|---|---|---|
| Title | *Path42 Pty Ltd. v. Deep AI, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**     **In Chambers**

    On July 28, 2020, Defendant Deep AI, Inc. removed this action from Superior Court of the State of California for the County of Santa Barbara, case number 20CV02153.  (ECF No. 1.)  On July 30, 2020, Defendant filed a "Notice of Withdrawal of Notice of Removal."  (ECF No. 7.)

    Based on Defendant's representations and Notice of Withdrawal of Notice of Removal, the Court **REMANDS** this action to state court.  The Clerk is directed to close this case.

    :    00

Initials of Preparer    SE